OVERCAST LAW OFFICES
23 S. Wenatchee Ave. Suite 320
Wenatchee, Washington 98801
(509) 663-5588 tele
(509) 662-5508 fax

HON. FREDERICK P. CORBIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

ROLANDO ROCHA

Debtor.

NO. 25-01050-FPC7

DECLARATION OF DEBTOR IN SUPPORT OF MOTION FOR SANCTIONS

I, Rolando Rocha, declare under penalty of perjury pursuant to the laws of the state of Washington the following:

1. I am over the age of eighteen and I am competent to testify to the matters herein.
2. I make this declaration based on my personal knowledge and belief.
3. I am the Debtor in the above captioned Chapter 7 case.
4. After filing my bankruptcy petition, I received multiple phone calls from Armada Corp. ("Armada"). Attached to this declaration are screen captures of the call logs and/or voicemail transcripts.
5. I informed my attorney each time I received a phone call.
6. After my attorney sent a letter to Armada on July 24, 2025 informing them of their willful violation of the automatic stay, I received four more phone calls from Armada.
7. The voicemails Armada left explicitly say they are attempting to collect a debt.
8. I fear Armada's continued attempt to collect the debt will result in them garnishing my wages.
9. I have suffered stress from this ongoing situation, it feels like Armada does not care that I filed bankruptcy.

DECLARATION OF DEBTOR IN SUPPORT OF
MOTION FOR SANCTIONS - 1

OVERCAST LAW OFFICES
23 South Wenatchee Avenue, Suite 320
Wenatchee, Washington 98801
TELEPHONE (509) 663-5588

10. The persistent phone calls have caused me anxiety and have disrupted my work and daily life.

11. This has affected my fresh start and my ability to move forward without fear of action taken by my creditors.

12. As recently as September 9, 2025, I am still receiving telephone calls from Armada.

13. I believe sanctions are necessary to send a message to Armada for their complete disregard of the bankruptcy process and communications from my attorney.

Signed, this 10 day of September, 2025 at Wenatchee, Washington.

Rolando Rocha (Sep 10, 2025 10:33:11 PDT)
Rolando Rocha

DECLARATION OF DEBTOR IN SUPPORT OF
MOTION FOR SANCTIONS - 2

OVERCAST LAW OFFICES
23 South Wenatchee Avenue, Suite 320
Wenatchee, Washington 98801
TELEPHONE (509) 663-5588

25-01050-FPC7   Doc 19   Filed 09/11/25   Entered 09/11/25 12:10:13   Pg 2 of 12

**ATTACHMENT**
Call Logs and Voicemails

DECLARATION OF DEBTOR IN SUPPORT OF
MOTION FOR SANCTIONS - 3

**OVERCAST LAW OFFICES**
23 South Wenatchee Avenue, Suite 320
Wenatchee, Washington 98801
TELEPHONE (509) 663-5588

< +1 509-884-8000

Armada

Monday, July 21

 4:22 PM
Missed call

Tuesday, July 8

 9:24 AM
Missed call

Monday, June 23

 4:29 PM
Declined call

Tuesday, May 13

 9:33 AM
Declined call

Monday, May 5

 9:10 AM
Missed call

# +1 509-884-8000

**Armada**

**Wednesday, September 3**

☎ 4:18 PM
Missed call

**Monday, August 25**

☎ 4:28 PM
Missed call

**Monday, August 18**

☎ 4:29 PM
Missed call

**Monday, August 4**

☎ 4:34 PM
Missed call

**Monday, July 28**

☎ 4:26 PM
Missed call



25-01050-FPC7    Doc 19    Filed 09/11/25    Entered 09/11/25 12:10:13    Pg 6 of 12



**(509) 884-8000**
4:27 PM, 7/28/25

What We have an important message from Armata Corp. This message is from a debt collector, and this is an attempt to collect a debt. Please call 509-884-8000 or toll-free 800-949-2372. Thank you.



**(509) 884-8000**
4:35 PM, 8/4/25

OK. We have an important message from Armata Corp. This message is from the debt collector, and this is an attempt to collect a debt. Please call 509-884-8000 or toll-free 800-949-2372. Thank you.



**(509) 884-8000**
4:31 PM, 8/18/25

I We have an important message from Armata Corp. This message is from a debt collector, and this is an attempt to collect a debt. Please call 509-884-8000 or toll-free 800-949-2372. Thank you.



**(509) 884-8000**
4:30 PM, 8/25/25

We have an important message from Armata Corp. This message is from a debt collector, and this is an attempt to collect a debt. Please call 509-884-8000 or toll-free 800-949-2372. Thank you.



**(509) 884-8000**
4:19 PM, Wednesday

It We have an important message from Armata Corp. This message is from the debt collector, and this is an attempt to collect a debt. Please call 509-884-8000 or toll-free 800-949-2372. Thank you.



**(509) 884-8000**
4:16 PM, Today

This is We have an important message from Armata Corp. This message is from a debt collector, and this is an attempt to collect a debt. Please call 509-884-8000 or toll-free 800-949-2372. Thank you.