OVERCAST LAW OFFICES
23 S. Wenatchee Ave. Suite 320
Wenatchee, Washington 98801
(509) 663-5588 tele
(509) 662-5508 fax

HON. FREDERICK P. CORBIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

ROLANDO ROCHA

        Debtor.

NO. 25-01050-FPC7

DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR SANCTIONS

I, David A. Kazemba, declare under penalty of perjury pursuant to the laws of the state of Washington the following:

1. I make this declaration on my personal knowledge and belief.
2. I represent the Debtor, Rolando Rocha ("Debtor"), in his Chapter 7 Bankruptcy case.
3. On June 12th, 2025 the Debtor filed his chapter 7 bankruptcy petition.
4. Because of Armada's pending litigation against the Debtor, I filed and mailed a notice of stay to Armada on June 13, 2025. Attached as Exhibit A is a copy of the correspondence to Armada.
5. On July 9th, 2025 I received communication from the Debtor that Armada was contacting the Debtor via phone calls and attempting to collect a debt.
6. I sent a courtesy email on July 14th, 2025, to counsel for Armada advising that Armada cease any further contact with the Debtor. Counsel informed me they would no longer be representing Armada and provided the contact information for new counsel. A true and correct copy of that correspondence is attached as Exhibit B.

DECLARATION OF COUNSEL IN SUPPORT OF
MOTION FOR SANCTIONS
- 1

OVERCAST LAW OFFICES
23 South Wenatchee Avenue, Suite 320
Wenatchee, Washington 98801
TELEPHONE (509) 663-5588

7. The Debtor informed me he received a second phone call on July 21st, 2025.

8. I subsequently mailed a letter to Armada's new counsel on July 24th, 2025 notifying counsel that Armada's acts were a willful violation of the automatic stay, to cease all further contact with the debtor and to withdraw any demand for payment. Attached as Exhibit C is the July 24th correspondence. No response was forthcoming.

9. The Debtor informed me he received four more phone calls from Armada on July 31st, 2025, August 4th, 2025, and August 18th, 2025.

10. Armada's actions are a willful violation of automatic stay.

11. Believing a hearing before this Court on this matter to be necessary, I can submit further declaration of fees incurred.

12. Attorney fees and costs are reasonable and necessary given the circumstances.

Signed, this 10th day of September, 2025 at Wenatchee, Washington.

/s/ David A. Kazemba
David A. Kazemba

DECLARATION OF COUNSEL IN SUPPORT OF
MOTION FOR SANCTIONS
- 2

OVERCAST LAW OFFICES
23 South Wenatchee Avenue, Suite 320
Wenatchee, Washington 98801
TELEPHONE (509) 663-5588

25-01050-FPC7   Doc 20   Filed 09/11/25   Entered 09/11/25 12:12:12   Pg 2 of 11

# EXHIBIT A
Correspondence to Armada
June 13, 2025

DECLARATION OF COUNSEL IN SUPPORT OF
MOTION FOR SANCTIONS
- 3

**OVERCAST LAW OFFICES**
23 South Wenatchee Avenue, Suite 320
Wenatchee, Washington 98801
TELEPHONE (509) 663-5588



# OVERCAST LAW OFFICES

www.overcastlaw.com

Thomas D. Overcast
Rani K. Sampson
David G. Visser
David A. Kazemba

23 S.Wenatchee Avenue, Suite 320
Wenatchee, Washington 98801
(509) 663-5588

1115 Central Avenue S.
Quincy, Washington 98848
(509) 787-4247

Laurence P. Chamberlain
Kera E. Dexter
Ben M. Jordan

Amber Schneider, Office Manager
Debbie Buckley, Paralegal

June 13, 2025

Armada Corp.
C/O Kari D. Gebers
93 Eastmont Ave STE 100,
East Wenatchee, WA 98802

Re: Rolando Rocha
Bankruptcy Filing No. 25-01050-FPC7
Chelan County Superior Court Cause No. CY25-0599

Dear Ms. Gebers:

Please be advised, on June 12, 2025, Rolando Rocha filed for relief under 11 U.S.C. §§ 301 and 302. Enclosed is a Notice of Stay. This stay prohibits any further legal action against the Debtor, including the pending action under Chelan County Superior Court Cause No. CY25-0599.

Sincerely,

OVERCAST LAW OFFICES

David A. Kazemba
dkazemba@overcastlaw.com

dn: Enclosure

cc: Client

OVERCAST LAW OFFICES
23 S. Wenatchee Ave. Suite 320
Wenatchee, Washington 98801
(509) 663-5588 tele
(509) 662-5508 fax

HON. FREDERICK P. CORBIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

ROLANDO ROCHA

        Debtor.

Case No.: 25-01050-FPC7

NOTICE OF STAY

**NOTICE OF STAY**

To:    Armada Corp., by and through its attorney of record
        Kari D. Gebers

Re:    Rolando Rocha
        Bankruptcy Filing No. 25-01050-FPC7
        Chelan County District Court No. CY25-0599

YOU ARE HEREBY GIVEN NOTICE THAT the above-named Debtor filed a Petition for Relief on June 12, 2025, under 11 U.S.C §§ 301, 302, or 303.

YOU ARE FURTHER NOTIFIED AND your attention is directed to 11 U.S.C. §362 which provides in relevant part:

a petition filed under section 301, 302, or 303 of this title, or an application filed under section 5(a)(3) of the Securities Investor Protection Act of 1970, operates as a stay, applicable to all entities, of—
(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to

NOTICE OF STAY - 1

OVERCAST LAW OFFICES
23 S. Wenatchee Ave. Suite 320
Wenatchee, WA 98801
Tele (509) 663-5588
Fax (509) 662-5508

recover a claim against the debtors that arose before the commencement of the case under this title;

(2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

(4) any act to create, perfect, or enforce any lien against property of the estate;

(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

(7) the setoff of any debt owing to the debtors that arose before the commencement of the case under this title against any claim against the debtor; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning a tax liability of a debtor that is a corporation for a taxable period the bankruptcy court may determine or concerning the tax liability of a debtor who is an individual for a taxable period ending before the date of the order for relief under this title.

Dated this 13th day of June, 2025.

OVERCAST LAW OFFICES

By:

/s/ David A. Kazemba
DAVID A. KAZEMBA, WSBA No. 48049
Attorney for Debtor
E-mail: dkazemba@overcastlaw.com

NOTICE OF STAY - 2

**OVERCAST LAW OFFICES**
23 S. Wenatchee Ave. Suite 320
Wenatchee, WA 98801
Tele (509) 663-5588
Fax (509) 662-5508

25-01050-FPC7    Doc 9    Filed 06/13/25    Entered 06/13/25 11:34:14    Pg 2 of 2

25-01050-FPC7    Doc 20    Filed 09/11/25    Entered 09/11/25 12:12:12    Pg 6 of 11

# EXHIBIT B
Email Correspondence with Former Armada Counsel

DECLARATION OF COUNSEL IN SUPPORT OF
MOTION FOR SANCTIONS
- 4

OVERCAST LAW OFFICES
23 South Wenatchee Avenue, Suite 320
Wenatchee, Washington 98801
TELEPHONE (509) 663-5588

# David Kazemba

| | |
|---|---|
| **From:** | Kari Gebers < ...gebers...g... > |
| **Sent:** | Monday, July 14, 2025 10:29 AM |
| **To:** | David Kazemba |
| **Subject:** | Re: Armada Stay Violation (Bankruptcy Case No. 25-01050-FPC7) |

Good morning David-

I am no longer full-time with Armada. I am just wrapping up a few cases (for which you can still use kgebers@armadacorp.com) but Pat McMahon is now the main counsel. I will forward this to Armada to address.

Thanks, Kari

On Mon, Jul 14, 2025 at 9:49 AM David Kazemba <dkazemba@overcastlaw.com> wrote:

> Hi Kari:
>
> I hope you are well. I have been advised that your client, Armada, is still contacting my client, Rolando Rocha after filing bankruptcy. A copy of the notice of stay sent out on June 13, 2025 is attached for your review. I am reaching out to you as a courtesy to prevent any further action. Please advise your client to cease any further communications with Debtor and provide me an update with the same at your earliest convenience. Thank you.
>
> Best,
>
> **David A. Kazemba**
>
> 
>
> 23 S. Wenatchee Avenue, Suite 320
>
> Wenatchee, WA 98801
>
> Direct: 509.300.3372
>
> Office: 509.663.5588
>
> dkazemba@overcastlaw.com

# EXHIBIT C
Correspondence to Armada
July 24, 2025

DECLARATION OF COUNSEL IN SUPPORT OF
MOTION FOR SANCTIONS
- 5

**OVERCAST LAW OFFICES**
23 South Wenatchee Avenue, Suite 320
Wenatchee, Washington 98801
TELEPHONE (509) 663-5588



# OVERCAST LAW OFFICES

www.overcastlaw.com

Thomas D. Overcast
Rani K. Sampson
David G. Visser
David A. Kazemba

23 S.Wenatchee Avenue, Suite 320
Wenatchee, Washington 98801
(509) 663-5588

1115 Central Avenue S.
Quincy, Washington 98848
(509) 787-4247

Laurence P. Chamberlain
Kera E. Dexter
Ben M. Jordan

Amber Schneider, Office Manager
Debbie Buckley, Paralegal

July 24, 2025

Armada Corp
C/O Patrick G. McMahon
PO Box 2965
Wenatchee, WA 98807-2965

   Re: Rolando Rocha
     Bankruptcy Filing No. 25-01050-FPC7
     Chelan County Superior Court Cause No. CY25-0599

Dear Mr. McMahon:

I am writing to you based on the representations of Armada Corp's ("Armada") former counsel, Kari Gebers. My understanding is that you are the attorney of record for Armada. If this is not correct, please advise. My client has advised me that Armada continues to call and harass him for payments notwithstanding the fact that Armada, and former counsel, have been sent multiple notices of Mr. Rocha's bankruptcy filing.

On June 12, 2025, the United States Bankruptcy Court for the Eastern District of Washington sent out due notice of the bankruptcy filing to your client. My office then sent a letter to former counsel, advising of the bankruptcy and providing a copy of the filed Notice of Stay on June 13, 2025. Since that letter, Mr. Rocha has advised my office that he has received numerous phone calls for payment on the debt. My office then sent a courtesy email on July 14, 2025, to former counsel advising that Armada cease any further contact. On Monday, July 21, 2025, he received another telephone call from Armada.

You are hereby notified that your client's continued acts to collect after notification are a willful violation of the automatic stay. The contact itself may also violate the Federal Fair Debt Collection Practices Act. Accordingly, the telephone calls must stop immediately and any further demand for payment must be withdrawn, dismissed and canceled within ten (10) days of the date of your receipt of this letter by written notice to my law office or a motion for sanctions will be filed against you in the United States Bankruptcy Court for the Eastern District of Washington. If it becomes necessary to file such a motion, then we will ask the Court to award damages and legal fees. I look forward to hearing from you.

Respectfully,

OVERCAST LAW OFFICES

David A. Kazemba
dkazemba@overcastlaw.com

cc: Client